UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALIOUS CYPRIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. CONSTABLE, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-0689 AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　Before this court is plaintiff's motion to reassign and request to proceed, which was filed on September 14, 2020. See ECF No. 23. The undersigned issued screening and service orders in this action on the same day. See ECF Nos. 16, 19). It appears that plaintiff's motion and the court's orders crossed in the mail. The complaint having been screened and service ordered, plaintiff's motion is moot and will be denied as such.

////

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to reassign and request to
2  proceed in case (ECF No. 23) is DENIED as moot.
3  DATED: September 28, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE