1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   REALIOUS CYPRIAN,                          No.  2:19-cv-0689 AC P

12                  Plaintiff,

13          v.                                   ORDER

14   T. CONSTABLE, et al.,

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief under 42

18   U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28

19   U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On December 16, 2020, plaintiff filed a motion requesting that a "conference schedule"

21   date be set with the Office of the Attorney General.  See ECF No. 33.  On February 9, 2021, the

22   U.S. Marshal was ordered to serve the last-identified defendant in this action; the court is

23   currently waiting for a notice of intent regarding service with respect to that defendant from the

24   California Department of Corrections and Rehabilitation.  Therefore, plaintiff's motion to

25   calendar any sort of conference in this matter is premature, and the motion will be denied.

26   ////

27   ////

28   ////

                                                  1

1        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to set a conference date

2   with the Office of the Attorney General (ECF No. 33) is DENIED as premature.

3   DATED: February 22, 2021

4

5   ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28