UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

REALIOUS CYPRIAN,

      Plaintiff,

vs.

T. CONSTABLE, et al.,

      Defendants.

No. 2:19-cv-0689 JAM AC P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Realious Cyprian, inmate #P-35202, a necessary and material witness in proceedings in this case on July 14, 2021, is confined at the California Health Care Facility in the custody of Acting Warden Robert Burton. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate via video at the facility so that he may participate in proceedings in this matter that are being held on the 8th Floor, Courtroom 25, United States District Courthouse, 501 I Street, Sacramento, California, on July 14, 2021, at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court, and

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

    3. The Clerk of the Court is directed to serve a copy via e-mail, and

    4. Counsel for defendant, the assigned Deputy Attorney General, shall confirm with the prison no less than two days prior to the settlement conference that the prison's video-conference equipment will connect to the court's system. Any difficulties shall immediately be reported to Alexandra Waldrop, Courtroom Deputy, at awaldrop@caed.uscourts.gov or (916) 930-4187.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California Health Care Facility, 7707 Austin Road, Stockton, California 95215:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place and in the manner indicated above, and from day to day until completion of the proceedings or as ordered by the court.

////
////
////
////

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: June 3, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE