IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **REALIOUS CYPRIAN,** | 2:19-cv-00689 JAM AC P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **T. CONSTABLE, et al.,** | |
| Defendants. | |

Having reviewed Defendants' motion to opt out of the post-screening ADR project, the court finds that the request is supported by good cause. Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out of the post-screening ADR project (ECF No. 50) is GRANTED;

2. The minute order setting a settlement conference before Magistrate Judge Newman on July 14, 2021 (ECF No. 44), is VACATED;

3. The order and writ of habeas corpus ad testificandum issued June 4, 2021 (ECF No. 49), is VACATED, and

1

4. The stay of this action is LIFTED forthwith. A discovery and scheduling order will follow.

IT IS SO ORDERED.

Dated: June 21, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE