UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALIOUS CYPRIAN,<br><br>            Plaintiff,<br><br>      v.<br><br>T. CONSTABLE, et al.,<br><br>            Defendants. | No.  2:19-cv-0689 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 26, 2021, plaintiff filed a motion requesting that habeas writs ad testificandum be issued for the witnesses he intends to produce at trial.  See ECF No. 55.  This request is premature.  On June 21, 2021, the court issued a discovery and scheduling order which directs that discovery close on October 29, 2021, and that pretrial motions be filed on or before January 21, 2022.  See ECF No. 52 at 6.  Accordingly, it remains to be seen whether this matter will reach the trial stage.  Writs for the appearance of witnesses are not needed unless and until a trial date is set.

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a writ of habeas corpus ad testificandum (ECF No. 55) is DENIED as premature.

DATED: July 29, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE