IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **REALIOUS CYPRIAN,** | 2:19-cv-00689 JAM AC P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **T. CONSTABLE, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' request to take inmate-witness Maurice Marshman's (V01737) deposition via videoconference is **GRANTED**.

Dated:  August 31, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1