UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALIOUS CYPRIAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T. CONSTABLE, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-0689 JAM AC P<br><br><br>ORDER |

Plaintiff, an inmate currently housed at California Health Care Facility ("CHCF"), has requested the appointment of counsel. ECF No. 59. In support of the motion, plaintiff states that due to new COVID-19 cases and modified programming at CHCF, his access to legal help and to resources has been greatly hindered. See id. at 1. Plaintiff further represents that his own confinement and transfers to different facility yards have also served to make it more difficult for him to seek and receive legal help and assistance. See id.

The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

////

1  The court recognizes that the COVID-19 pandemic has brought unprecedented functional
2  challenges both to the prison system and to the courts, and that as a result, litigants' abilities to
3  proceed with their actions in traditional ways have been frequently stymied.  Unfortunately, the
4  litigation delays plaintiff has been experiencing cannot be said to be outside the norm.  The court
5  has been, and will continue to be, open to the granting of continuances on as "as needed" basis.
6  Moreover, plaintiff has thus far proven capable of presenting his positions to the court.  For these
7  reasons the court does not find the required exceptional circumstances in this case.
8  Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of
9  counsel (ECF No. 59) is DENIED.
10 DATED: October 15, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE