IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **REALIOUS CYPRIAN,** <br><br> Plaintiff, <br><br> v. <br><br> **T. CONSTABLE, et al.,** <br><br> Defendants. | 2:19-cv-00689 JAM AC P <br><br> ~~[PROPOSED]~~ **ORDER** <br><br> Judge:        Hon. Allison Claire <br> Trial Date:   TBD <br> Action Filed: April 23, 2019 |

The Court, having considered Defendants' motion to modify the discovery and scheduling order, and good cause having been found:

**IT IS HEREBY ORDERED:** Defendants' motion is granted. The parties may finish the deposition of inmate-witness Maurice Marshman after the discovery deadline of October 29, 2021. The parties are granted leave to file any motions to compel within fourteen days of the deposition, should the need for court intervention arise. All other deadlines and orders remain in effect.

Dated: November 1, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

~~[Proposed]~~ Order re: Mod. Disc. and Sched. Ord.  (2:19-cv-00689 JAM AC P)