UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALIOUS CYPRIAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T. CONSTABLE, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-0689 JAM AC P<br><br><br><u>ORDER</u> |

On October 15, 2021, the magistrate judge issued an order denying plaintiff's motion for counsel. ECF No. 59. On March 3, 2022, plaintiff filed a request for reconsideration of that order. ECF No. 69.

Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties." <u>Id.</u> Plaintiff's request for reconsideration of the magistrate judge's order of October 15, 2021, is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that plaintiff's March 3, 2022, request for reconsideration (ECF No. 69) is DENIED.

DATED: March 29, 2022　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE