UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALIOUS CYPRIAN, | No. 2:19-cv-0689 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| T. CONSTABLE, et al., | |
| Defendants. | |

On January 21, 2022, defendants filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. ECF No. 66. Thereafter, on August 22, 2022, the court ordered plaintiff to file either an opposition or a statement of non-opposition to defendants' motion and to do so by September 23, 2022. ECF No. 79.

The time for plaintiff to have filed a response to defendants' motion for summary judgment has passed. Plaintiff, however, has neither filed a response to the motion, nor has he responded to the court's order in any way.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On February 9, 2021, plaintiff was advised of the requirements for filing an opposition to the motion, and he was informed that failure to oppose such a motion could be deemed a waiver of opposition to it. See ECF No. 34 at 3.

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In the order issued February 9, 2021, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed. ECF No. 34 at 5.

Accordingly, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any, to defendants' motion for summary judgment.

Plaintiff is warned that failure to file an opposition within the time allotted will be deemed a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: October 13, 2022

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE