UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALIOUS CYPRIAN, | No. 2:19-cv-00689-DJC-AC |
| Plaintiff, | |
| v. | ORDER |
| T. CONSTABLE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 16, 2023, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed November 16, 2023, are adopted

1

in full;

2. Defendants' motion for summary judgment (ECF No. 66) is granted as to defendant Amador on Plaintiff's equal protection and due process claims; and

3. This case proceed to trial on plaintiff's Eighth Amendment failure to protect claim against defendants Constable and Thomas only.

IT IS SO ORDERED.

Dated: **January 5, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

cypr0689.801